

**Jordan Sklar**
jsklar@kdvlaw.com

Kaufman Dolowich & Voluck LLP
245 Main Street, Suite 330
White Plains, NY 10601
Telephone: 914.470.0001
Facsimile: 914.470.0009
www.kdvlaw.com

April 5, 2023

Via PACER

Hon. Mary Kay Vyskocil
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2023
```

Re: Petrone v. Turner Publishing
22 CV 02698

Dear Judge Vyskocil:

As Your Honor may recall, we represent defendants in this matter. We write, with the consent of plaintiff, to request a brief adjournment of the submission of the Joint Status Report and Schedule and virtual conference, contemplated in the Court's Order, Docket number 31.

The undersigned is out of the office through this Friday, and next week on April 12th and 13th due to the Passover holiday.

We therefore respectfully request that the joint submission's due date be extended from April 7th to April 18th and the April 11th conference be adjourned until April 25th.

Thank you for your attention to this request.

Respectfully submitted,

Jordan Sklar

cc: Frank Taddeo, Jr.
Via PACER

**The April 14, 2023 Initial Pretrial Conference is ADJOURNED to April 25, 2023 at 3:00 PM. The parties are directed to submit the Joint Letter and Case Management Plan on or before April 18, 2023. SO ORDERED.**

Date: 4/5/2023
New York, New York

Mary Kay Vyskocil
United States District Judge

New York | Pennsylvania | New Jersey | San Francisco | Los Angeles | Florida | Chicago