

**Jordan Sklar**
Email: jsklar@kdvlaw.com

Kaufman Dolowich & Voluck, LLP
245 Main Street, Suite 330
White Plains, New York 10601
Telephone: 914.672.6566
www.kdvlaw.com

April 26, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2023
```

Via PACER

Hon. Mary Kay Vyskocil
Southern District of New York

Re:   Petrone v. Turner Publishing Company LLC *et al*

   1:22-cv-02698-MKV

Dear Judge Vyskocil:

As Your Honor may recall, we represent defendants in this matter. We write, with the consent of plaintiff, to request a brief adjournment of the May 2, 2023 in-person conference, contemplated in the Court's Order, Docket Number 38 as the undersigned will be otherwise engaged in deposition.

We therefore respectfully request that the conference be adjourned to May 1st or May 4th.

Thank you for your attention to this request.

Respectfully submitted,

Jordan Sklar
JS3631

cc:   All Counsel of Record
   Via PACER

**GRANTED. The in-person Initial Pretrial Conference is adjourned to May 1, 2023 at 2:00 PM. SO ORDERED.**

Date: 4/26/2023
New York, New York

Mary Kay Vyskocil
United States District Judge