UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELAINE PETRONE,<br><br>                    Plaintiff,<br><br>        -against-<br><br>TURNER PUBLISHING COMPANY LLC, et al.,<br><br>                  Defendants. | 22-cv-2698 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On August 28, 2023, the parties responded (Dkt. 58) to the Court's Notice of Reassignment (Dkt. 54). In addition to addressing the Notice's questions, which the Court appreciates, the parties rehashed some of the arguments over Defendants' letter motion (Dkt. 55). The Court's Order from August 15, 2023 (Dkt. 56), granted Defendants' motion for leave to move to dismiss. The Court will not limit the arguments that can be made in support of that motion. Plaintiff's objections can be raised in its opposition papers.

      SO ORDERED.

Dated: August 30, 2023
       New York, New York

                                                                   ARUN SUBRAMANIAN
                                                                  United States District Judge