UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELAINE PETRONE,<br><br>                      Plaintiff,<br><br>-against-<br><br>TURNER PUBLISHING COMPANY LLC, et al.,<br><br>                      Defendants. | 22-cv-2698 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On June 5, 2023, Plaintiff moved to amend her complaint. Dkt. 44. On August 8, 2023, the Court granted that motion and asked Defendants whether they intended to seek leave to move to dismiss. Dkt. 53. On August 14, 2023, Defendants sought leave for that motion. Dkt. 55. On August 15, 2023, the Court granted that motion. Dkt. 56. On August 28, 2023, the parties rehashed their arguments over Defendants' motion for leave to move to dismiss. Dkt. 58. On August 30, 2023, the Court reminded the parties that it had already granted Defendants' motion. Dkt. 59.

      To date, neither the amended complaint nor the motion to dismiss has been officially filed on the docket. Plaintiff is hereby ORDERED to file its amended complaint by September 12, 2023, at 5:00 p.m. Defendants will then have fourteen days from the date of Plaintiff's filing to respond. Fed. R. Civ. P. 15(a)(3).

      SO ORDERED.

Dated: September 11, 2023
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                      United States District Judge