UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ELAINE PETRONE,

                Plaintiff,

-against-                                22 **CIVIL** 2698 (AS)

**JUDGMENT**

TURNER PUBLISHING COMPANY LLC, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 06, 2023, Defendants' motion to dismiss is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE. Plaintiff's cross-motion is DENIED. The parties' joint letter motion to stay discovery is DENIED as moot; accordingly, the case is closed.

**Dated:**  New York, New York

      November 06, 2023

                                                          **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                          **BY:**

                                                           **Deputy Clerk**